**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| LEROY WORKMAN, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DEERE & COMPANY,<br><br>　　　Defendant. | **CASE NO. 6:24-CV-05950-BHH** |

**CERTIFICATE OF SERVICE**

　　　In accordance with Rule 4 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the Summons, Complaint and Plaintiff's Answers to Local Rule 26.01 Interrogatories, issued by the United States District Court for the District of South Carolina Greenville Division, on the Deere & Company, was served on October 24, 2024, via Process Server, return receipt attached hereto as Exhibit "A".

Dated: October 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul J Doolittle*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul J Doolittle (Fed ID No.6012)
　　　　　　　　　　　　　　　　　　　　　　　　　　　**POULIN WILLEY ANASTOPOULO, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　32 Ann Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Charleston, SC 29403
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (803) 222-2222
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: paul.doolittle@poulinwilley.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　cmad@poulinwilley.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Leroy Workman*